Printed: 08/23/10 11:08 AM

# Claims Distribution Small Checks

Page: 1

Trustee: DOUGLAS J. WOLINSKY (650010)

Case: 07-10821-CAB - CORMIER, GERARD A

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 92000251374466 | 111 | 08/23/10 | | Payee: | United States Bankruptcy Court | | | Check Amount: | $6.92 |
| | | 2 | 03/07/08 | 610 | CAPITAL RECOVERY II | 78.13 | 78.13 | 4.79 | 4.79 |
| | | 9 | 05/22/08 | 610 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 34.70 | 34.70 | 2.13 | 2.13 |

```
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF VERMONT
RUTLAND DIVISION

# 45005        - NW

August 24, 2010
   10:33:07

UNCLAIMED FUNDS
   07-10821
Debtor.: GERARD A CORMIER
Amount.:           $6.92 CH
Check#.: 111




Total-> $6.92




FROM: DOUGLAS J. WOLINSKY, TTEE
      PO BOX 1489
      BURLINGTON VT 05402-1489
```

(*) Denotes objection to Amount Filed